UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YENCY ELIZABETH PALENCIA, and LILIANA RAMIREZ MORENO,<br><br>Petitioner,<br><br>v.<br><br>LAURA HERMOSILLO, et al.,<br><br>Respondent. | CASE NO. 2:25-cv-02669-BAT<br><br>**ORDER CLOSING CASE AND DIRECTING ENTRY OF JUDGMENT** |

On January 16, 2026 the Court granted habeas release, directed Respondents to release Petitioner from immigration detention, and directed further briefing regarding Petitioner's APA claim by January 30, 2026. Dkt. 12. Respondents filed a declaration on January 17, 2026 certifying Petitioner's release, Dkt. 13, and on January 22, 2026, Petitioner moved to dismiss the APA claim without prejudice. Dkt. 14.

The Court accordingly **ORDERS**:

1. The Court's prior order, Dkt. 12, granting the habeas petition and ordering release on January 16, 2026 stands and remains in full force and effect.

2. The Court grants Petitioner's request to dismiss the APA claim without prejudice.

3. Any motion for attorney fees and costs shall be filed not later than March 9, 2026.

ORDER CLOSING CASE AND DIRECTING
ENTRY OF JUDGMENT - 1

4. The Clerk shall close the case and provide a copy of this order to counsel.

DATED this 2nd day of February, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge